FILED ___ LODGED
RECEIVED ___ COPY

AUG 16 2017

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# SEALED

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

CR-17-01110-PHX-DLR(MHB)

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Fanny Madrigal-Lopez,<br><br>　　　　Defendant. | **INDICTMENT**<br><br>VIO: 21 U.S.C. §§ 856(a)(1) and 856(b)<br>(Maintaining Drug-Involved Premises)<br>(Count 1)<br><br>21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C) (Distribution of a Controlled Substance Resulting in Death and Serious Bodily Injury)<br>(Count 2)<br><br>18 U.S.C. § 981<br>21 U.S.C. §§ 853 and 881, and<br>28 U.S.C. § 2461(c)<br>(Forfeiture Allegations) |

THE GRAND JURY CHARGES:

## COUNT 1

Between in or about the summer of 2016 through on or about November 16, 2016, in the District of Arizona, the defendant, FANNY MADRIGAL-LOPEZ, did knowingly open, lease, rent, use, or maintain any place, that is, a residence located at 7336 West Vogel Avenue, Peoria, Arizona, whether permanently or temporarily, for the purpose of distributing:

- oxycodone, a Schedule II controlled substance; and
- a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 856(a)(1) and 856(b).

## COUNT 2

On or about November 16, 2016, in the District of Arizona, the defendant, FANNY MADRIGAL-LOPEZ, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, to P.L., whose death and serious bodily injury resulted from such substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## FORFEITURE ALLEGATION

The Grand Jury realleges and incorporates the allegations of Counts 1 through 2 of this Indictment, which are incorporated by reference as though fully set forth herein.

Pursuant to Title 18, United States Code, Section 981; Title 21, United States Code, Sections 853 and 881; and Title 28, United States Code, Section 2461(c), and upon conviction of the offense alleged in Counts 1 through 2 of this Indictment, the defendant shall forfeit to the United States of America all right, title, and interest in (a) any property constituting, or derived from, any proceeds the persons obtained, directly or indirectly, as the result of the offense, and (b) any of the defendant's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense, including, but not limited to, the following property involved and used in the offense:

(1) all that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, located at 7336 West Vogel Avenue, Peoria, Arizona and more particularly described as: Lot 52, Park View West Unit Three, according to Book 209 of Maps, Page 45, Records of Maricopa County, Arizona, APN: 143-10-057.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(1) cannot be located upon the exercise of due diligence,

(2) has been transferred or sold to, or deposited with, a third party,

(3) has been placed beyond the jurisdiction of the court,

(4) has been substantially diminished in value, or

(5) has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of said defendant up to the value of the above-described forfeitable property, pursuant to 21 U.S.C. Section 853(p).

All in accordance with Title 18, United States Code, Section 981, Title 21, United States Code, Sections 853 and 881, Title 28, United States Code Section 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

/S/
FOREPERSON OF THE GRAND JURY
Date:  August 16, 2017

ELIZABETH A. STRANGE
Acting United States Attorney
District of Arizona

/S/
D. J. PASHAYAN
CAROLINA ESCALANTE-KONTI
Assistant U.S. Attorneys