✓ FILED ___ LODGED
___ RECEIVED ___ COPY

DEC 0 6 2017

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____DEPUTY

**SEALED**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>               Plaintiff,<br><br>      vs.<br><br>1.    Fany Madrigal-Lopez,<br>       (Counts 1, 2, 4 - 10)<br><br>2.    Luis Angel Macias,<br>       (Counts 1, 5, 6)<br><br>3.    Adolfo Macias-Madrigal, and<br>       (Counts 1, 3)<br><br>4.    Paulina Madrigal-Macias,<br>       (Count 1)<br><br>           Defendants. | **FIRST SUPERSEDING INDICTMENT**<br><br>CASE NO: CR 17-01110-PHX-DLR<br><br>VIO:    21 U.S.C. § 846<br>        (Conspiracy to Possess with the Intent to Distribute and Distribute Controlled Substances)<br>        Count 1<br><br>        21 U.S.C. §§ 856(a)(1) and 856(b)<br>        (Maintaining Drug-Involved Premises)<br>        (Count 2)<br><br>        21 U.S.C. § 843(b)<br>        (Unlawful Use of a Communications Facility)<br>        (Counts 3, 5, 6)<br><br>        21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C)<br>        (Distribution of a Controlled Substance Resulting in Death and Serious Bodily Injury)<br>        (Count 4)<br><br>        21 U.S.C. §§ 841(a)(1), 841(b)(1)(C)<br>        (Possession with the Intent to Distribute a Controlled Substance)<br>        (Counts 7 - 9)<br><br>        21 U.S.C. §§ 841(a)(1) and 841(b)(2)<br>        (Possession with the Intent to Distribute a Controlled Substance)<br>        (Count 10) |

18 U.S.C. § 981
21 U.S.C. §§ 853 and 881, and
28 U.S.C. § 2461(c)
(Forfeiture Allegations)

THE GRAND JURY CHARGES:

## COUNT 1

Between in or about the fall of 2015 through in or about August of 2017, in the District of Arizona, the defendants, FANY MADRIGAL-LOPEZ, LUIS ANGEL MACIAS, ADOLFO MACIAS-MADRIGAL, and PAULINA MADRIGAL-MACIAS, did knowingly and intentionally combine, conspire, confederate, and agree together and with other persons known and unknown to the Grand Jury to distribute and to possess with the intent to distribute:

(1) oxycodone, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C);

(2) fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C);

(3) a mixture or substance containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C); and

(4) alprazolam, a Schedule IV controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(2).

All in violation of Title 21, United States Code, Sections 846.

## COUNT 2

Between in or about the summer of 2016 through in or about August of 2017, in the District of Arizona, the defendant, FANY MADRIGAL-LOPEZ, did knowingly open, lease, rent, use, or maintain any place, that is, a residence located at 7336 West Vogel

Avenue, Peoria, Arizona, whether permanently or temporarily, for the purpose of distributing:

    (1) oxycodone, a Schedule II controlled substance;

    (2) fentanyl, a Schedule II controlled substance;

    (3) a mixture or substance containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of isomers, a Schedule II controlled substance; and

    (4) alprazolam, a Schedule IV controlled substance.

In violation of Title 21, United States Code, Sections 856(a)(1) and 856(b).

### COUNT 3

On or about December 6, 2015, in the District of Arizona, the defendant, ADOLFO MACIAS-MADRIGAL, did knowingly and intentionally use any communication facility, a telephone, in facilitating the commission of any act or acts constituting a felony under Title 21, United States Code, Section 846, that is, conspiracy to distribute controlled substances, as set forth in Count 1 of this First Superseding Indictment, which is incorporated by reference herein.

In violation of Title 21, United States Code, Section 843(b).

### COUNT 4

On or about November 16, 2016, in the District of Arizona, the defendant, FANY MADRIGAL-LOPEZ, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, to P.L., whose death and serious bodily injury resulted from such substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

### COUNT 5

On or about July 26, 2017, in the District of Arizona, the defendants, FANY MADRIGAL-LOPEZ and LUIS ANGEL MACIAS, did knowingly and intentionally use any communication facility, a telephone, in facilitating the commission of any act or acts constituting a felony under Title 21, United States Code, Section 846, that is, conspiracy

to distribute controlled substances, as set forth in Count 1 of this First Superseding Indictment, which is incorporated by reference herein.

In violation of Title 21, United States Code, Section 843(b).

## COUNT 6

On or about July 27, 2017, in the District of Arizona, the defendants, FANY MADRIGAL-LOPEZ and LUIS ANGEL MACIAS, did knowingly and intentionally use any communication facility, a telephone, in facilitating the commission of any act or acts constituting a felony under Title 21, United States Code, Section 846, that is, conspiracy to distribute controlled substances, as set forth in Count 1 of this First Superseding Indictment, which is incorporated by reference herein.

In violation of Title 21, United States Code, Section 843(b).

## COUNT 7

On or about August 18, 2017, in the District of Arizona, the defendant, FANY MADRIGAL-LOPEZ, did knowingly and intentionally possess with the intent to distribute fentanyl, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT 8

On or about August 18, 2017, in the District of Arizona, the defendant, FANY MADRIGAL-LOPEZ, did knowingly and intentionally possess with the intent to distribute a mixture or substance containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT 9

On or about August 18, 2017, in the District of Arizona, the defendant, FANY MADRIGAL-LOPEZ, did knowingly and intentionally possess with the intent to distribute oxycodone, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT 10

On or about August 18, 2017, in the District of Arizona, the defendant, FANY MADRIGAL-LOPEZ, did knowingly and intentionally possess with the intent to distribute alprazolam, a Schedule IV controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(2).

## FORFEITURE ALLEGATION

The Grand Jury realleges and incorporates the allegations of Counts 1 through 10 of this First Superseding Indictment, which are incorporated by reference as though fully set forth herein.

Pursuant to Title 18, United States Code, Section 981; Title 21, United States Code, Sections 853 and 881; and Title 28, United States Code, Section 2461(c), and upon conviction of the offense alleged in Counts 1 through 10 of this First Superseding Indictment, the defendants shall forfeit to the United States of America all right, title, and interest in (a) any property constituting, or derived from, any proceeds the persons obtained, directly or indirectly, as the result of the offense, and (b) any of the defendants' property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense, including, but not limited to, the following property involved and used in the offense:

(1) all that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, located at 7336 West Vogel Avenue, Peoria, Arizona and more particularly described as: Lot 52, Park View West Unit Three, according to Book 209 of Maps, Page 45, Records of Maricopa County, Arizona, APN: 143-10-057.

If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

(1) cannot be located upon the exercise of due diligence,

(2) has been transferred or sold to, or deposited with, a third party,

(3) has been placed beyond the jurisdiction of the court,

(4) has been substantially diminished in value, or

(5) has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of said defendant up to the value of the above-described forfeitable property, pursuant to 21 U.S.C. Section 853(p).

All in accordance with Title 18, United States Code, Section 981, Title 21, United States Code, Sections 853 and 881, Title 28, United States Code Section 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.


A TRUE BILL


/s
FOREPERSON OF THE GRAND JURY
Date:  December 6, 2017

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

_____/s_____
CAROLINA ESCALANTE-KONTI
D. J. PASHAYAN
Assistant U.S. Attorneys