ELIZABETH STRANGE
First Assistant United States Attorney
District of Arizona

D. J. PASHAYAN
Assistant U.S. Attorney
Ohio Bar No. 0071260
Two Renaissance Square
40 N. Central Ave., Suite 1200
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Don.Pashayan@usdoj.gov
*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR-2:17-CR-01110-PHX-DLR |
| Plaintiff, | **NOTICE OF RELATED CASES** |
| v. | |
| Fany Madrigal-Lopez, et. al., | |
| Defendants. | |

Pursuant to Local Rule 5.l, the United States of America, by and through its attorneys undersigned, hereby gives notice to the court that this case is directly related to the following pending criminal case: *United States v. Blake Sanders,* 2:18-CR-003-PHX-DLR.

Respectfully submitted this 3rd day of January, 2018.

                                        ELIZABETH A. STRANGE
                                      First Assistant United States Attorney
                                      District of Arizona

                                      */s*
                                      D.J. PASHAYAN
                                      Assistant U.S. Attorney